UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSE FRITZ,<br><br>              Plaintiff,<br><br>     v.<br><br>AURUM CERAMIC DENTAL LABORATORIES LLP, and LINDA SANTOS,<br><br>              Defendants. | No.   2:CV-14-0302-SMJ<br><br>**ORDER DISMISSING CASE** |

On October 17, 2014, the parties filed a stipulated dismissal, ECF No. 10. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.**    The parties' Stipulation of Dismissal, **ECF No. 10**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT.**

    **4.**    All hearings and other deadlines are **STRICKEN.**

The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 17th day of October 2014.

_____
SALVADOR MENDOZA, JR.
United States District Judge